AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the



**FILED**
NOV − 5 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Derrick Ryan Gordon
_(Petitioner)_

v.

Case No. 1:25cv00652
_(Supplied by Clerk of Court)_

Mercer Co. Magistrate Court
_(Respondent)_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Derrick Ryan Gordon
   (b) Other names you have used: none
2. Place of confinement:
   (a) Name of institution: Southern Regional Jail and Corrections Center
   (b) Address: 1200 Airport Rd, Beaver, WV 25813
   (c) Your identification number: # 3481084
3. Are you currently being held on orders by:
   ☐ Federal authorities    ☒ State authorities    ☐ Other - explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
     If you are currently serving a sentence, provide:
     (a) Name and location of court that sentenced you: ___
     (b) Docket number of criminal case: ___
     (c) Date of sentencing: ___
   ☐ Being held on an immigration charge
   ☐ Other _(explain)_: ___

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

☒ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Mercer County Magistrate Court 120 Scott St. #103, Princeton WV 24740
   (b) Docket number, case number, or opinion number: #25-M28M-01431
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): I am being unlawfully detained, court acknowleges time served for my pre-trial allegations.
   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: Every document I submit is disregarded and my attorney does nothing on my behalf, has little knowledge about my case.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court:

        (2) Date of filing:
        (3) Docket number, case number, or opinion number:
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes     ☐ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court:

        (2) Date of filing:
        (3) Docket number, case number, or opinion number:
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes     ☒ No   non-Applicable
If "Yes," answer the following:
    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes     ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☐ No
If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes      ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☒ Yes      ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: Bond Reduction Requests
(b) Name of the authority, agency, or court: Magistrate Flanigan, Mercer County Magistrate Court
(c) Date of filing: Unsure - Multiple
(d) Docket number, case number, or opinion number: _____
(e) Result: Denied / ignored
(f) Date of result: Unsure - Multiple
(g) Issues raised: _____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Unlawful detention.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I have served the maximum time for my charges as listed in Case #25-M28M-01431. It is the only charge I am being held on. The court acknowledges that my time has been served and refuses to ~~reasons~~ release me for nefarious reasons regarding my plea.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☐ No   n/a. I have been denied legal course of action on my behalf.

**GROUND TWO:** Violations of the Eigth Amendment and WV Code 62-1C-1a

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I was imposed a cash-only bail it was known I could not afford and was/is unreasonable in relation to the non-violent misdemeanor I am/was accused of. I was also denied home confinement.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No   n/a

**GROUND THREE:** Violation of Article 3, Section 15 - West Virginia Constitution

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
During mental evaluation on May 10, 2025 I was found to have an IQ of 150 and my "Robust knowledge of the law" was noted but due to my religious beliefs my rights are being violated in the many ways listed herein - I was deemed incompetent due to my religious beliefs.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

Ground Five: Ineffective Council.
Facts: My attorney Jason Ballard is unfamiliar with key elements of my case and has done nothing to preserve my rights.

Ground Six: Misconduct.
Facts: a) Magistrate Flanigan is aware that my mental evaluation in May 2025 for one reason found me to be incompetent due to examiner stating "it seems Mr. Gordon is confused as to it being his children listed in the protective order" when in fact is wasn't my children, it was my childrens' cousins, whom I had never met. The examiner was the one confused.
b) There is familiar relationship between Mr. Flanigan and the petitioner of the order's attorney, Paige Flanigan. I am aware my current charges are of the State but Ms. Flanigan represented the Baker family during court proceedings during which I was forced to sign papers under duress to see my children overnight, citing abuse by an innocent US Service Member.
c) All evidence of proven abuse of process by the Petitioner, Samantha Baker, has been suppressed. This includes the timeline of events leading up to a protective order for children I had never laid eyes on after first making false allegations of abuse by my wife of my daughter. Once it was dismissed, within one week Samantha Baker started false allegations of abuse by my father-in-law of my children to prevent visitation at my home. A message offering me my daughters in exchange of signing my son over to Samantha Baker was also repressed. These actions of blackmail over my son are out of pettiness and jealousy and the court is aware and has never taken any of it into accountability.

d.) Mr. Flanigen is aware that during said mental evaluation, my IQ was scored at 150 and my "Robust knowledge of the law." I was ordered to Sharpe Hospital in July 2025. The examiner missed a key diagnosis of autism which should have been obvious to a forensic examiner. The evaluation was riddled with inaccuracies and yet has been the primary focus of my detention. This is where my rights of Religious Freedom have been violated.

Ground Seven: Violations of the Americans with Disabilities Act.

Fact: My Rights under the ADA are being violated by cruel and unusual punishment under Eighth Amendment.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Suppression of evidence.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Evidence on my behalf was disregarded by the Mercer County Court and on Oct. 29, 2025 the Prosecuting attorney also stated she did not recall seeing said evidence. There has been extreme bias in my case from all parties since the beginning.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes      ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: None were available to me.

**Request for Relief**

15. State exactly what you want the court to do:

Immediate Release. The Gordon children no longer reside at the property Derrick Gordon entered, thus eliminating any reason to visit the property.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
Unable to receive paperwork to fill out.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 11-5-2025

*Amie L. Gordon on Behalf of Derrick Ryan Gordon*
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any